# UNITED STATES DISTRICT COURT
# SOUTHERN DISTICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| GREGORY E. WEBER,<br>    Plaintiff, | Case No. 1:24-cv-65<br>McFarland, J.<br>Litkovitz, M.J. |
| vs. | |
| EDGECLIFF CONDOMINIUM OWNERS<br>ASSOCIATION, INC., *et al.*,<br>    Defendants. | **ORDER** |

This matter is before the Court following an informal discovery conference held on January 6, 2025. For the reasons discussed at the conference, the Court orders as follows:

1. Counsel for defendants Edgecliff Condominium Owners Association, Inc.; Towne Properties, Inc.; and Jean Clark shall serve on plaintiff's counsel these defendants' written interrogatory responses on or before **JANUARY 10, 2025**.

2. Counsel for the foregoing defendants and the remaining individual board member defendants shall serve on plaintiff's counsel verifications corresponding to each of these defendant's written interrogatory responses on or before **JANUARY 10, 2025**. *See* Fed. R. Civ. P. 33(b)(3).

3. The Court will hold another informal telephone discovery conference on **JANUARY 24, 2025 at 10:00 a.m.** In the interim, the parties shall confer on the remaining discovery issues. On or before January 22, 2025, the parties shall submit to the Court a joint agenda in which they identify each remaining disputed interrogatory or request for production of documents, explain their positions, and attach the underlying discovery request.

**IT IS SO ORDERED**.

January 6, 2025

KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE