UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GREGORY E. WEBER,<br>    Plaintiff, | Case No. 1:24-cv-65<br>McFarland, J.<br>Litkovitz, M.J. |
| vs. | |
| EDGECLIFF CONDOMINIUM OWNERS<br>ASSOCIATION, INC., *et al.*,<br>    Defendants. | **ORDER** |

This matter is before the Court following an informal discovery conference held on January 24, 2025. Defendants have not answered certain interrogatories and have withheld certain production of documents based on the attorney-client and work-product privileges. For the reasons discussed at the conference, defendants are **ORDERED** to create and produce a privilege log of any such claims of privilege on or before **February 23, 2025**. *See* Fed. R. Civ. P. 26(b)(5); S.D. Ohio Civ. R. 26.1(a). After review of the privilege logs, the Court remains available to informally confer with the parties to the extent discovery issues persist.

    **IT IS SO ORDERED**.

Date:  1/24/2025

Karen L. Litkovitz
United States Magistrate Judge